IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FABIOLA VERA, on behalf of herself and other persons similarly situated,<br>　　　　　Plaintiff, | Case No.: 17-cv-4273 |
| | JUDGE CASTILLO |
| vs. | MAG. JUDGE FINNEGAN |
| THE BLINK INVESTMENT COMPANY,<br>　　　　Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Fabiola Vera voluntarily dismisses this action against Defendant The Blink Investment Company without prejudice. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate at this time because Defendant has not yet filed either an answer or motion for summary judgment.

*/s/ Emily A. Westermeier*
Roberto Luis Costales (LA Bar #33696)
William H. Beaumont (IL Bar #6323256)
Emily A. Westermeier (IL Bar #6316741)
BEAUMONT COSTALES LLC
3151 W. 26th Street, 2nd Floor
Chicago, Illinois 60623
Telephone: 773.831.8000
rlc@beaumontcostales.com
whb@beaumontcostales.com
eaw@beaumontcostales.com
ATTORNEYS FOR PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2018, a copy of the above and foregoing *Notice* was served on counsel for Defendant via the Court's CM/ECF system.

*/s/ Emily A. Westermeier*